Michael M. THOMPSON,
Petitioner–Appellant,

v.

Joel ZIEGLER, Warden, Respondent–
Appellee.

No. 15–6603.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

Michael M. Thompson, Appellant Pro Se. John Fulton Gianola, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael M. Thompson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Thompson v. Ziegler*, No. 5:13–cv–15862, 2015 WL 1650788 (S.D.W.Va. Apr. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*